[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 11.]

THE STATE OF OHIO, APPELLEE, *v.* CONDRON, APPELLANT.

[Cite as *State v. Condron*, 1998-Ohio-691.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(Nos. 98-884 and 98-886—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from and CERTIFIED by the Court of Appeals for Montgomery County, No. CA 16430.

———————————

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, and *Cheryl A. Ross*, Assistant Prosecuting Attorney, for appellee.

*Charles A. Smiley, Jr.*, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————